# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS JUNIOR COOPER, III,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79580

FILED

OCT 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on March 19, 2014. Appellant did not file the notice of appeal, however, until September 5, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering , J.
                Pickering

_____ , J.
Parraguirre

_____ Cadish , J.
                Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-421602

cc: Hon. Kathleen E. Delaney, District Judge
Dennis Junior Cooper, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A